JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS K. ROWLAND, | ) Case No. CV 13-7133-MMM (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| CYNTHIA Y. TAMPKINS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 31, 2014

_____
MARGARET M. MORROW
U.S. DISTRICT JUDGE